### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

NATHANIEL ARCHIE,                                                                                     PETITIONER
Reg# 34595-044

V.                                           2:10-cv-00090-SWW-JJV

T.C. OUTLAW, Warden,                                                                                 RESPONDENT
FCI - Forrest City

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 3rd day of August 2010.

                                                                              /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE